■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK EARL WALKER, Appellant.—Judgment unanimously affirmed. Memorandum: We agree with the hearing court that the complainant had ample opportunity to observe the defendant and thus had an independent basis for his identification, untainted by any suggestive identification at a showup *(see, People v Ramos,* 42 NY2d 834; *People v Koberstein,* 103 AD2d 1021, *affd* 66 NY2d 989). (Appeal from judgment of Monroe County Court, Celli, J.—robbery, second degree.) Present— Dillon, P. J., Callahan, Green, Balio and Lawton, JJ.